IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CR 111-073 |
| COREY MARK DANSBY | * | |

**ORDER**

Defendant Corey Mark Dansby has filed a motion requesting that this Court appoint counsel to assist him with preparing and filing a Motion for Reduction of Sentence. Dansby's request for the appointment of counsel (doc. 32) is **DENIED** at this time. If Dansby is entitled to a sentence reduction as a result of amendments to the Federal Sentencing Guidelines, the Court will make such a reduction *sua sponte*.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of March, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA